D/WI Prob 22
(Rev 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Trans. Court) |
|---|
| 0757 2:08CR00157 - 1 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 2:25-cr-00208-CDS-BNW-1 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Edward Wayne West | Eastern District of Wisconsin | Milwaukee |

| ADDRESS | NAME OF SENTENCING JUDGE |
|---|---|
| --- Select an address --- | U.S. District Judge C. N. Clevert Jr. |
| Las Vegas, NV | DATES OF PROBATION/SUPERVISED RELEASE: Supervised Release — FROM 05/16/2025 — TO 5/15/2030 |

FILED / RECEIVED / ENTERED / SERVED ON
JULY 11 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**

Armed Bank Robbery (2 Counts)
Carrying a Firearm During and in Relation to a Crime of Violence

**JUSTIFICATION/REASON FOR TRANSFER** (eg., prosocial ties, employment/education opportunities, violation of supervision)

Upon release from imprisonment on 5/16/25, Mr. West relocated to Las Vegas, Nevada to reside with supportive family.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 5, 2025
Date

Pamela Pepper
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nevada

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 21, 2025
Effective Date

Cristina D. Silva, United States District Judge

Page 1 of 1